## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Melinda Ashley Pitts**
   Plaintiff(s)
 vs.         **CASE NUMBER: 5:16-cv-1495 (DJS)**

**Andrew M. Saul**
   Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Plaintiff's Motion for Attorneys' Fees (Dkt. No. 16) is **GRANTED**; and it is further **ORDERED**, that Attorney Olinsky is awarded the sum of $9,505.76 as fees pursuant to 42 U.S.C. § 406(b), to be paid from the amount withheld by the Commissioner of Social Security from the past due benefits awarded to Plaintiff; and it is further **ORDERED**, that Attorney Olinsky is directed to remit to Plaintiff the sum of $3,600 that was previously awarded (and received) as attorneys' fees pursuant to the EAJA.

All of the above pursuant to the order of the Honorable Daniel J. Stewart, dated the 6th day of October, 2020.

DATED: October 6, 2020

                Clerk of Court

                s/Kathy Rogers
                Deputy Clerk